**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 24-2055**

—————

In re:  PRESTON LEONARD SCHOFIELD, Sui Juris,

                  Petitioner.

—————

On Petition for Writ of Mandamus to the United States Court for the Eastern District of Virginia, at Richmond.  (3:24-cv-00586-DJN)

—————

Submitted:  November 19, 2024                        Decided:  November 22, 2024

—————

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

—————

Petition denied by unpublished per curiam opinion.

—————

Preston Leonard Schofield, Petitioner Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Preston Leonard Schofield petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for summary judgment in his civil action. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We further deny Schofield's "motion for emergency writ for removal of illegal and unconstitutional warrant in debt" and his motion to amend/correct the complaint he filed in the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*